Harry Yu Creditor Matrix

Newrez LLC
1100 Virginia Dr Suite 125
Fort Washington, PA, 19034

22-41324

FILED
DEC 30 2022
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA