| | |
|---|---|
| 1 | SCHEER LAW GROUP, LLP |
| | REILLY D. WILKINSON #250086 |
| 2 | 155 N. Redwood Drive, Suite 100 |
| | San Rafael, CA 94903 |
| 3 | Telephone: (415) 491-8900 |
| | Facsimile: (415) 491-8910 |
| 4 | DS.200-007S-A |
| 5 | Attorneys for Secured Creditor |
| | Douglas G. Sykes |

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 22-41324-WJL |
| HARRY YU, | Chapter 13 |
| Debtor(s). | REQUEST FOR SPECIAL NOTICE |

Attorneys for Douglas G. Sykes requests that it be served with a copy of all notices required to be mailed to any creditor, equity security holder, or indenture trustee, in accordance with the provision of Rule 2002 (in its entirety) at the following address:

                         Douglas G. Sykes
                         c/o SCHEER LAW GROUP, LLP
                         85 Argonaut #202
                         Aliso Viejo, CA 92656

                         SCHEER LAW GROUP, LLP

DATED: January 3, 2023          /s/ REILLY D. WILKINSON
                                                  #250086

SCHEER LAW GROUP, LLP
REILLY D. WILKINSON #250086
155 N. Redwood Drive, Suite 100
San Rafael, CA 94903
Telephone: (415) 491-8900
Facsimile: (415) 491-8910
DS.200-007S-A

Attorneys for Secured Creditor
Douglas G. Sykes

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Bk. No. 22-41324-WJL |
|---|---|
| HARRY YU, | Chapter 13 |
| Debtor(s). | CERTIFICATE OF SERVICE BY MAIL |

I, Allie Ward, declare that:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 85 Argonaut #202, Aliso Viejo, CA 92656.

On January 3, 2023, I served the within REQUEST FOR SPECIAL NOTICE on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Aliso Viejo, California, addressed as follows:

**DEBTOR(S)**
Harry Yu
37591 3rd St
Fremont, CA 94536

**CHAPTER 13 TRUSTEE**
Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

1 **UNITED STATES TRUSTEE**
Office of the U.S. Trustee/Oak
2 Office of the United States Trustee
Phillip J. Burton Federal Building
3 450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102
4

5 [ X ]   (By Mail [Federal])  I served the above listed persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class,
6        postage prepaid, and addressed as listed above.

7 [  ]    (By Mail [State])  I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States
8        Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am
9        aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of
10       deposit for mailing contained in this declaration.

11 [  ]   (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

12 [ X ]  Executed on January 3, 2023, at Aliso Viejo, California.

13 [ X ]  (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
14
   [ X ]  (Federal)  I declare that I am employed in the office of a member of the Bar at whose
15       direction this service was made.

16
                                              /s/ Allie Ward_____
17                                            Allie Ward