| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br><br>Harry Yu<br>37591 3rd St<br>Fremont, CA 94536<br><br>510-270-5578<br><br>☒ Debtor appearing without an attorney<br>☐ Attorney for Debtor(s) | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| In re:<br>Harry Yu | CASE NO.: 22-41324<br>CHAPTER: 13 |
|---|---|
| | **DEBTOR'S EX PARTE MOTION<br>TO EXTEND TIME TO<br>FILE CASE OPENING DOCUMENTS**<br>(with supporting declaration)<br>**[FRBP 1007(c), LBR 1007-1]** |
| Debtor(s). | |

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1 to file the following:

   ☒ One or more schedules (A/B – J)    ☒ Chapter 13 Plan    ☒ Statement of Financial Affairs
   ☒ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
   ☐ Debtor's Certification of Employment Income
   ☒ Other (*specify*):
   Summary of Assets and Liabilities (Official Form 106Sum)
   Declaration About an Individual Debtor's Schedules (Official Form 106Dec),

***Note***: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed: 12/30/2022
3. Date of § 341(a) meeting of creditors: N/A
4. Debtor requests extension to and including (extension deadline) (*date*): 02/03/2023

5. Declaration regarding the reason(s) for extension (*explain*):
    1. Debtor is considering converting this Ch13 case to Ch11.
    2. Debtor is weighting the pros and cons.
    3. Debtor needs 3 weeks to decide, and hire a brankrupcy lawyer to prepare all the required documents.
    4. Debtor will pay the fee in installments based on the court order on time.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/13/2023 | *[signature]* | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

37057 Magnolia St, Newark, CA 94560

A true and correct copy of the foregoing document entitled: **DEBTOR'S APPLICATION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 01/13/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

> The case trustee and U.S. Trustee will be automatically served by the Court at their email address.
>
> **See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 01/13/2023, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Via overnight mail
Newrez LLC
1100 Virginia Dr Suite 125
Fort Washington, PA, 19034

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 01/13/2023 | Charles Fritzler | s/Charles Fritzler/ |
|---|---|---|
| Date | Printed Name | Signature |