Harry Yu
37591 3rd St,
Fremont, CA 94536

Debtor in Pro Se

The following constitutes the order of the Court.
Signed: January 18, 2023

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Harry Yu<br><br>Debtor. | Case No.: 22-41324<br><br>**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

The court, having considered the "Debtor's Ex Parte Motion To Extend Time To File Case Opening Documents" (the "Motion") filed pursuant to Local Bankruptcy Rule 1007-1 and Federal Rule of Bankruptcy Procedure 1007(c) by Harry Yu (the "Debtor"), with good cause appearing, hereby orders as follows:

1.  The Motion is granted.

2.  The Debtor is hereby granted 21 additional days, or until February 2, 2023, to file their Schedules Of Assets And Liabilities, Statements Of Financial Affairs and any other "Required Documents" (as that term is defined in the Motion).

***End of Order***

**Service List**

Harry Yu
37591 3rd St,
Fremont, CA 94536