United States Bankruptcy Court
Northern District of California

In re:                                                      Case No. 22-41324-WJL
Harry Yu                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                             User: admin                                       Page 1 of 1
Date Rcvd: Jan 18, 2023                      Form ID: pdfeoc                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Harry Yu, 37591 3rd St, Fremont, CA 94536-2845 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2023                            Signature:               /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Reilly Wilkinson | on behalf of Creditor Douglas G. Sykes rwilkinson@scheerlawgroup.com rwilkinson@ecf.courtdrive.com |

TOTAL: 3

Harry Yu
37591 3rd St,
Fremont, CA 94536

Debtor in Pro Se

The following constitutes the order of the Court.
Signed: January 18, 2023

William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re:

Harry Yu

    Debtor.

Case No.: 22-41324

**ORDER GRANTING DEBTOR'S *EX PARTE* MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**

    The court, having considered the "Debtor's Ex Parte Motion To Extend Time To File Case Opening Documents" (the "Motion") filed pursuant to Local Bankruptcy Rule 1007-1 and Federal Rule of Bankruptcy Procedure 1007(c) by Harry Yu (the "Debtor"), with good cause appearing, hereby orders as follows:

    1.    The Motion is granted.

    2.    The Debtor is hereby granted 21 additional days, or until February 2, 2023, to file their Schedules Of Assets And Liabilities, Statements Of Financial Affairs and any other "Required Documents" (as that term is defined in the Motion).

    ***End of Order***

**Service List**

Harry Yu
37591 3rd St,
Fremont, CA 94536

2