Marta M. Guzmán, Esq. (SBN 182754)
LAW OFFICE OF MARTA M. GUZMÁN
1421 8th Street, #D
Alameda, CA  94501
Tel:     510-410-5440

Attorney for Debtor,
HARRY YU

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HARRY YU,<br><br>　　　　　Debtor. | Case No.: 22-41324<br><br>Chapter 13<br><br>**SUBSTITUTION OF ATTORNEYS** |

　　　　Debtor HARRY YU ("debtor") hereby makes this substitution of attorney.  Debtor wishes to substitute the following attorney to represent him in his Chapter 13 case.

Marta M. Guzmán, Esq.
LAW OFFICE OF MARTA M. GUZMÁN
1421 8th Street, #D
Alameda, CA  94501
Tel:     510-410-5440
Email:  martamguzman@yahoo.com

Dated: February 2, 2023　　　　　　　LAW OFFICE OF MARTA M. GUZMÁN

　　　　　　　　　　　　　　　　　　　/s/*Marta M. Guzmán*_____
　　　　　　　　　　　　　　　　　　　Marta M. Guzmán, Attorney for Debtor

APPROVED:　　　　　　　　　　　　　*/s/ Harry Yu*_____
　　　　　　　　　　　　　　　　　　　Harry Yu