Marta M. Guzmán, Esq. (SBN 182754)
LAW OFFICE OF MARTA M. GUZMÁN
1421 8th Street, #D
Alameda, CA 94501
Tel: 510-410-5440

Attorney for Debtor,
HARRY YU

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HARRY YU,<br><br>        Debtor. | Case No.: 22-41324<br><br>Chapter 13<br><br>**APPLICATION TO EXTEND TIME FOR FILING BALANCE OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER SUPPORTING DOCUMENTS** |

    The Debtor, HARRY YU, by and through his Counsel of Record, hereby applies to the Court for an Order Extending the Time from the date of filing his Chapter 13 petition, within which the Debtor must file his schedules, statement of financial affairs and other supporting documents, and hereby represents:

1. This Chapter 13 bankruptcy was filed on December 30, 2022.

2. Debtor's real property was in foreclosure and he filed this case in pro per. Debtor filed for an extension already; however, he decided that he could not prepare the documents on his own. Therefore, he sought legal counsel, Marta M. Guzmán. Ms. Guzmán needs additional time to meet and confer with the debtor, gather necessary documents and information to properly propose a Chapter 13 plan.

For the foregoing reasons, the debtor and his counsel respectfully request that the Court enter the order granting debtor until **February 20, 2023** in which to file the balance of schedules and Chapter 13 plan.

Dated: February 2, 2023                    LAW OFFICE OF MARTA M. GUZMÁN


                                           /s/*Marta M. Guzmán*_____
                                           Marta M. Guzmán, Attorney for Debtor