

Marta M. Guzmán, Esq. (SBN 182754)
LAW OFFICE OF MARTA M. GUZMÁN
1421 8th Street, #D
Alameda, CA  94501
Tel:     510-410-5440

Attorney for Debtor,
HARRY YU

**The following constitutes the order of the Court.
Signed: February 7, 2023**

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HARRY YU,<br><br>            Debtor. | Case No.: 22-41324 WJL<br><br>Chapter 13<br><br>**ORDER GRANTING APPLICATION TO EXTEND TIME FOR FILING BALANCE OF SCHEDULES,  STATEMENT OF FINANCIAL AFFAIRS AND OTHER SUPPORTING DOCUMENTS** |

The Court having considered the Debtor's Application to Extend Time for Filing Balance of Schedules, Statement of Financial Affairs and Other Supporting Documents ("Application") and for good cause shown therein, hereby ORDERS that the debtor's Application is GRANTED and the debtor's time to file his Schedules, Statement of Financial Affairs and other supporting documents on or before **February 20, 2023** is approved.

IT IS SO ORDERED.

***END OF ORDER***

**COURT SERVICE LIST**