Marta M. Guzmán, Esq. (SBN 182754)
LAW OFFICE OF MARTA M. GUZMÁN
1421 8th Street, #D
Alameda, CA 94501
Tel: 510-410-5440

Attorney for Debtor,
HARRY YU

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HARRY YU,<br><br>        Debtor. | Case No.: 22-41324<br><br>Chapter 13<br><br>**APPLICATION TO EXTEND TIME FOR FILING BALANCE OF SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND OTHER SUPPORTING DOCUMENTS** |

    The Debtor, HARRY YU, by and through his Counsel of Record, hereby applies to the Court for an Order Extending the Time from the date of filing his Chapter 13 petition, within which the Debtor must file his schedules, statement of financial affairs and other supporting documents, and hereby represents:

1. This Chapter 13 bankruptcy was filed on December 30, 2022.

2. Debtor requested an extension to file the balance of documents to February 20, 2023. However, debtor fell ill with COVID and was unable to complete the forms and produce the documents that his attorney requested.

3. Debtor's attorney requests one more extension to file the balance of documents to **February 27, 2023.**

For the foregoing reasons, the debtor and his counsel respectfully request that the Court enter the order granting debtor until **February 27, 2023** in which to file the balance of schedules and Chapter 13 plan.

Dated: February 20, 2023     LAW OFFICE OF MARTA M. GUZMÁN

/s/*Marta M. Guzmán*
Marta M. Guzmán, Attorney for Debtor