**Entered on Docket**
**February 24, 2023**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



**The following constitutes the order of the Court.**
**Signed: February 24, 2023**

_William J. Lafferty, III_

**William J. Lafferty, III**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

    Harry Yu,

        Debtor.

Case No. 22-41324 WJL

Chapter 13

### Order Denying Third Ex Parte Application to Extend Time

On February 20, 2023, Debtor filed an Application to Extend Time for Filing Balance of Schedules, Statement of Financial Affairs and Other Supporting Documents (ECF #25) (the "Application to Extend Time"). Debtor also filed applications seeking to extend time on January 13, 2023 (ECF #15), and on February 2, 2023 (ECF #20). This is Debtor's third application seeking to extend time to file required documents. While the Court is sympathetic to Debtor's sickness, there is no evidentiary support for his illness. Moreover, this case was filed on December 30, 2022. For these reasons, the Court HEREBY denies this third Application to Extend Time.

**\*\*\*End of Order\*\*\***

1

**Court Service List**

2

All by ECF.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28