# United States Bankruptcy Court
# Northern District of California

In re **Harry Yu**  
Debtor(s)

Case No. **22-41324**  
Chapter **13**

## SUBSTITUTION OF ATTORNEY

The undersigned hereby enters his appearance *in pro per* substituting in for his present attorney Marta M. Guzman.

Dated: 02/23/2023    By: */s/ Harry Yu*  
Harry Yu

Marta M. Guzman, attorney, hereby consents to the substitution of debtor in this case

Dated: February 23, 2023    By: */s/ Marta M. Guzman*  
Marta M. Guzman

By: _____