Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

| In Re: | Chapter 13 Case No: |
|---|---|
| Harry Yu | 22-41324-WJL13 |

WITHDRAWAL
OF
Trustees Motion and Declaration to Dismiss Proceedings for Case Deficiencies

    Martha G. Bronitsky, Chapter 13 Standing Trustee, hereby withdraws her Trustees Motion and Declaration to Dismiss Proceedings for Case Deficiencies for the above named Chapter 13 Case which was filed on January 17, 2023, same being court docket #16.

Date: February 27, 2023

/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee