Harry Yu
Debtor in Pro Per

37591 3rd St,
Fremont, CA 94536

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In re: | Case No. 22-41324 |
| | Chapter 13 |
| HARRY YU, | **Response To Order and Notice Regarding Failure to Submit Tax Returns** |
| Debtor. | |

    The Debtor, Harry Yu, in Pro Per, hereby responds to the Order and Notice Regarding Failure to Submit Tax Returns("Order") filed on Febuary 6, 2023 under Docket No. #21.

    Debtor responds as follows:

    1. Tax returns have been submitted to the Truestee's address at PO Box 5004, Hayward, CA 94540 by USPS mail.

DATED: February 27, 2023

                                Respectfully submitted,

                                By: */s/ Harry Yu*
                                  Harry Yu
                                  Debtor in Pro Per